IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| ROBERT THRASHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-044 |
| | ) | |
| WARDEN CLINTON PERRY; LT. JACKSON; LT. ROSS; COMMISSIONER TIMOTHY WARD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff filed this case in the Southern District of Georgia even though the majority of the named defendants are located in Macon County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Macon County.  (See doc. no. 1.)  Because Macon County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia.  28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division.  28 U.S.C. § 1406(a).  The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 6th day of May, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA